FILED

Aug 6, 2025

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 25-1238

SCOTTIE BERNARD SHAVER,

      Petitioner-Appellant,

v.

BRYAN MORRISON,

      Respondent-Appellee.

Before:  MOORE, Circuit Judge.

**JUDGMENT**

THIS MATTER came before the court upon the application by Scottie Bernard Shaver for a certificate of appealability.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the application for a certificate of appealability is DENIED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk