RECEIVED

AUG 2 5 2025

KELLY L. STEPHENS, Clerk

No. 25-1238

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

SCOTTIE BERNARD SHAVER,  )
)
    Petitioner - Appellant,  )
)
)
v.  )
)
BRYAN MORRISON,  )
)
    Respondent - Appellee.  )
)

## MOTION FOR EXTENSION OF TIME
## TO SUBMIT A PETITION FOR REHEARING EN BANC

Petitioner-Appellant, Scottie Bernard Shaver, submits his Motion for an Extension o

time because his Fed. Rule. App. Proc. Rule 35 and Rule 40 Petition for Rehearing En Banc will,

more likely than not be fled timely due to no fault of his own. Appellant submits that:

1. The Order and Judgment from this Court was not delivered to the facility where he is

confined until August 12, 2025, and the documents were post marked from Cincinnati on August 6,

2025, leaving Appellant with not enough time by which to prepare and present his Petition for En

Banc hearing.

2. A petition for panel rehearing, or rehearing en banc must be filed within (14) days

after the date of the judgment rendered, which in this case, was on August 6, 2025, and Appellant

did not receive the judgment until August 12, 2025 which left him with only (8) days to write his

Petition for Rehearing En Banc, and coupled with the (6) days travel time from Michigan to Ohio,

1

would not be sufficient time to have his Petition reviewed by this Court. <u>Accord</u>, Fed. R. App. P 35(c); Fed. R. App. P. 40(a)(1).

3. Appellant is a prisoner confined in state correctional facility in Michigan, and the time frame of (14) days would not be sufficient timing for him to comply with the mandate of Fed. R. App. P 4(c)(1) in which to file a timely Petition for rehearing En Banc, and he request additional time to submit his Rule 35; Rule 40 Petition for Rehearing En Banc..

4. Appellant's motion is premised on the fact that the mail box rule does not apply to his Petition for En Banc review, and he believes the Petition will not arrive at the Court Clerk's office on the date due because of the (6) day travel time, and he requests additional time to submit his enclosed Rule 35/40 Petition for Rehearing En Banc. <u>See</u> *Thomas v United States*, 328 F. 3d 305, 309 (7th. Cir. 2003).

5. Petitioner has attached his Petition for En Banc review to this motion so that the Court will not reject same if it does not arrive at the Clerk's office in a timely manner. See Petition attached hereto.

<u>SUMMARY AND CONCLUSION</u>

WHEREFORE, and in light of the foregoing factors listed above, Petitioner-Appellant, Scottie Bernard Shaver respectfully asks that this Honorable Court grant his motion for an extension of time, and allow the enclosed Petition for Rehearing En Banc to be filed and reviewed by this Court on the merits.

Respectfully submitted,

Dated: August 18, 2025

Scottie B. Shaver, #405867
In Propria Persona
Lakeland Correctional Facility
141 First Street
Coldwater, Michigan 49036

**RECEIVED**

AUG 25 2025

KELLY L. STEPHENS, Clerk

Scottie Bernard Shaver, #405867
Lakeland Correctional Facility
141 First Street
Coldwater, Michigan 49036

August 18, 2025

OFFICE OF THE CLERK
United States Court of Appeals
For the Sixth Circuit
Cincinnati, Ohio 45202-3988

In re:    Shaver v Morrison, Case No. 25-1238
          Petition for Rehearing En Banc

Dear Court Clerk:

Enclosed for filing with the Court, please find one original copy of the following pleadings and materials:

1. Fed. R. App. P. Rule 35/40 Petition for Rehearing En Banc
2. A Motion for Extension of time to file the Petition for Rehearing
3. A Certificate of Mailing to Counsel of record
4. A Copy of the Court's August 6, 2025 Judgment

Please file these pleadings with the Court as soon as possible for time restraint purposes. Thank you for your time in this matter.

Respectfully submitted,

Scottie B. Shaver, Pro. Per.

xc:    Scott R. Shimkus

Enclosures:

B. Shaver #405867

L.C.F

First St

ater. Mi. 49036

RECEIVED

AUG 25 2025

KELLY L. STEPHENS, Clerk

Office of Clerk

U. S. 6th Circut Court
of
Appeals
100 E. Fifth St Rm540

Cincinnati OH 45202 7988

US POSTAGE

FIRST-CLASS

ZIP 49036 $003.84

0000038244 AUG 20 2025